No. 11,032.

CHASE *v.* BOGARDUS.

Decided February 1, 1926.

Action to quiet title. Judgment for plaintiff.

*Reversed.*

1. TAXES AND TAXATION—*Tax Deed—Validity.* A tax deed which shows a sale for taxes on a date later than that required by statute, without showing any cause for the delay is void on its face.

2. QUIETING TITLE—*Burden.* In an action to quiet title, it is necessary for plaintiff to show title.

*Error to the District Court of El Paso County, Hon. Arthur Cornforth, Judge.*

Mr. GEORGE H. LERG, Mr. GEORGE A. CHASE, for plaintiff in error.

No appearance for defendant in error.

*Department Two.*

MR. JUSTICE DENISON delivered the opinion of the court.

BOGARDUS brought suit to quiet title and had a decree. Mary L. Chase, one of the defendants, brings error.

The complaint alleges title in fee simple and possession in plaintiff. The answer denies this and alleges title in fee simple in defendant, Mary L. Chase.

It is claimed that plaintiff showed no title because the tax deed under which he claims is void on its face. It is so for the reason that it shows a sale for taxes on a date later than that required by statute without showing any cause for the delay. *Hamer v. Glenn Inv. Co.,* 75 Colo. 423, 226 Pac. 299. It was necessary for plaintiff to show title. *Wall v. Magnes,* 17 Colo. 476, 30 Pac. 56; *Clark v. Huff,* 49 Colo. 197, 201, 112 Pac. 542; *Walters v. Webster,* 52 Colo. 549, 123 Pac. 952.

Judgment reversed.

MR. CHIEF JUSTICE ALLEN and MR. JUSTICE WHITFORD concur.